IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

BILLY SCOTT BOYKIN, JR. and
ADONNA LYNN BOYKIN                        PLAINTIFFS and CROSS-DEFENDANTS

v.                                        CIVIL ACTION NUMBER: 3:08cv00623-DPJ-JCS

DONNA BETH BERRY, and                     DEFENDANT and CROSS-DEFENDANT

THE UNITED STATES OF AMERICA
DEPARTMENT OF AGRICULTURE
FARM SERVICES AGENCY,
MISSISSIPPI STATE OFFICE                  DEFENDANT and CROSS-PLAINTIFF

## AGREED ORDER AND FINAL JUDGEMNT

THIS DAY THIS CAUSE came on to be heard on joint Motion of the parties to the above styled and numbered cause to enter Final Judgment in the above styled action due to the fact that all maters and issues have been settled between the parties, and the Court, having considered the same is of the opinion that the parties Settlement Agreement should be incorporated into this Order and Final Judgment, that the case should closed following completion of terms and conditions of the Settlement Agreement and does therefore Order as follows:

IT IS, THEREFORE ORDERED AND ADJUDGED THAT:

1) Any and all assignments of CRP contract proceeds heretofore executed by Billy Scott Boykin, Jr. and Adonna Lynn Boykin to Donna Beth Berry or Donna Floyd Berry are hereby declared to be satisfied in full, are canceled and are henceforth to be considered null and void by all parties and the United States Department of Agriculture Farm Services Agency is directed to note their records accordingly and to make no further payments to Donna Beth Berry aka Donna F. Berry pursuant to any such assignment.

2) As partial consideration for the settlement set forth herein and the entry of this Order, as well as the mutual promises contained in the written settlement agreement executed by the parties, Donna Beth Floyd Berry has executed a Warranty Deed to Billy Scott Boykin, Jr., and Adonna Lynn Boykin conveying a certain parcel of real estate located in the Second Judicial District of Hinds County, Mississippi and more particularly described as "the Northeast Quarter of the Northwest Quarter (NE-1/4 of NW-1/4) of Section 26, Township 15 North, Range 5 East, Hinds County, State of Mississippi". Said Deed is in the possession of the attorney for Billy Scott Boykin Jr., and Adonna Lynn Boykin, Hon. David L. Valentine. Said Deed shall not be recorded or delivered to the Boykins for recording until such time as the Clerk of this Court shall have complied with this Order as set forth below and forwarded the monies held by the Clerk to Donna Beth Berry.

3) The funds interpled by the FSA pursuant to previous Order of this Court in the Amount of Seven Thousand Three Hundred Thirty Six and 00/100 Dollars ($7,336.00) shall be paid directly to Donna Beth Berry upon entry of this Order and the Clerk of this Court is directed to mail said funds to her at P.O. Box 1140, Georgetown Texas, 78627-1140 via certified mail, return receipt requested, and shall further notify all parties of record upon the mailing of said funds, and as is set forth in a separate Order Directing Payment of Funds.

4) The parties are hereby Ordered to comply with the terms and conditions of the written Settlement Agreement as executed by the parties.

5) The previous motions filed herein by Billy Scott Boykin, Jr. and Adonna Lynn Boykin to Require Defendant, Donna Beth Berry, to Tender FSA Payments into the Registry of the Court, or in the Alternative, to Require the FSA to Interplead Additional Funds and the Second Motion for Temporary Restraining Order, or in the alternative for Preliminary and Permanent Injunction TRO are hereby deemed to be withdrawn by the Plaintiff's and no further action shall be taken on said Motions.

6) Each party shall bear their own costs associated with this action.

SO ORDERED AND ADJUDGED THIS THE ___18th___ DAY OF NOVEMBER, 2009.

*/s/ [signature]*
UNITED STATES DISTRICT JUDGE

AGREED:

*/s/ Donna Beth Floyd Berry*
DONNA BETH FLOYD BERRY
PRO SE

*/s/ Billy Scott Boykin, Jr.*
BILLY SCOTT BOYKIN, JR.

*/s/ Adonna Lynn Boykin*
ADONNA LYNN BOYKIN

*/s/ David L. Valentine*
DAVID L. VALENTINE, ATTORNEY FOR
BILLY SCOTT BOYKIN, JR., AND ADONNA LYNN BOYKIN
P.O. BOX 1200
RIDGELAND, MS 39158-1200
(601) 956-3636 PHONE
(601) 957-2010 FAX
MSB NO. 6070

*/s/ Felicia C. Adams, Assistant U.S. Attorney for*
ALFRED B. JERNIGAN, JR.
ASSISTANT U. S. ATTORNEY
188 E. CAPITOL STREET, STE. 500
JACKSON, MS 39201
MSB NO. 3088
(601) 973-2820 DIRECT LINE
(601) 965-4032 FAX

-3-